**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email(s): ghayes@tysonmendes.com
           clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MARIE KOCH,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC., a Foreign Corporation d/b/a Walmart #2593; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01534-CDS-EJY<br><br>**SUBSTITUTION OF COUNSEL** |

TO:   ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Defendant, Walmart, Inc. hereby substitutes Griffith H. Hayes, Esq., and Christopher A. Lund, Esq. of the law firm of TYSON & MENDES, LLP as its counsel of record in place and instead of Kurt R. Bonds, Esq., and Tanya M. Fraser, Esq. of the law firm of HALL & EVANS, LLC. By agreement and pursuant to EDCR 7.40, Griffith H. Hayes, Esq. and Christopher A. Lund, Esq. will appear in place of Kurt R. Bonds, Esq. and Tanya M. Fraser, Esq.

///

///

///

///

1
**SUBSTITUTION OF COUNSEL**

1  Substitution of counsel at this time will not delay the trial or the hearing of any other matter in the case. The undersigned hereby requests that all pleadings, motions, notices, correspondence, and other papers relating to the above captioned action be sent to the undersigned at the address listed below.

Dated: December 31, 2024                TYSON & MENDES LLP

 /s/ Griffith H. Hayes
Griffith H. Hayes
Nevada Bar No. 7374
Christopher A. Lund
Nevada Bar No. 12435
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*



2835 St. Rose Parkway, Suite 140
Henderson, Nevada 89012

1  WALMART, INC., Defendant in the above-entitled matter, consents to the substitution of
2  Griffith H. Hayes, Esq., and Christopher A. Lund, Esq., of the law firm TYSON & MENDES,
3  LLP in the place of Kurt R. Bonds, Esq., and Tanya M. Fraser, Esq. of the law firm of HALL &
4  EVANS, LLC as its attorneys of record.

DATED this ___ day of January 2025.

By: _____

Print Name: Joanna Hinojosa

Title: Senior Counsel

**SUBSTITUTION OF COUNSEL**

Kurt R. Bonds, Esq., and Tanya M. Fraser, Esq. of the law firm of HALL & EVANS, LLC, hereby agree and consent to the substitution Griffith H. Hayes, Esq., and Christopher A. Lund, Esq. of the law firm of TYSON & MENDES, LLP as the attorneys of record for defendant WALMART, INC. in this matter.

DATED this 3rd day of January 2025.

HALL & EVANS, LLC

_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 15, 2025

4
**SUBSTITUTION OF COUNSEL**