TYSON & MENDES LLP
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN MARIE KOCH,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation d/b/a Walmart #2593; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01534-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION FOR ADVERSE INTERFERENCE, EVIDENTIARY SANCTIONS, AND REQUEST TO STRIKE ANSWER** |

Plaintiff, KAREN MARIE KOCH ("Plaintiff"), and Defendant, WALMART, INC. ("Defendant" or "Walmart"), by and through their respective attorneys of record, hereby submit this Stipulation and Order to Continue Plaintiff' Motion for Adverse Inference, Evidentiary Sanctions, and Request to Strike Answer.

1. On February 27, 2025, Plaintiff filed a Motion for Adverse Inference, Evidentiary Sanctions, and Request to Strike Answer (the "Motion").

2. Absent approval by the court and Plaintiff's counsel of an extension to respond to the motion, the response would be due March 13, 2025.

3. Subsequent to the filing of the Motion, counsel conferred and have agreed to mediate the case before the Honorable Jackie Glass (Ret.) on April 25, 2025.

4. Counsel also have agreed, subject to the approval by this court, to postpone the

1

**STIPULATION AND ORDER TO CONTINUE MOTION FOR ADVERSE INTERFERENCE, EVIDENTIARY SANCTIONS, AND REQUEST TO STRIKE ANSWER**

response date of Walmart to the Motion to May 2, 2025. Plaintiff's reply to the Walmart response would be due May 9, 2025.

5. If the case settles on April 25, 2025, counsel will file a Notice of Settlement with the court and simultaneously request the court take the Motion off calendar. If the case does not settle on April 25, 2025, the motion will remain on calendar and the response and reply briefs will be filed, respectively, on or before May 2, 2025 and May 9,2025.

It is so stipulated.

Dated this 10th day of March 2025.        Dated this ___ day of March 2025.

MOSS BERG INJURY LAWYERS            TYSON & MENDES LLP

/s/ _____

MARCUS A. BERG, ESQ.                /s/ Griffith H. Hayes
Nevada Bar No. 9760                 Griffith H. Hayes
JOHN C. FUNK, ESQ.                  Nevada Bar No. 7374
Nevada Bar No. 9255                 2835 St. Rose Pkwy., Suite 140
5420 W. Sahara Ave.                 Henderson, NV 89052
Suite 101                           *Attorneys for Defendant Walmart, Inc.*
Las Vegas, Nevada 891446
(702) 222-4555
marcus@bossberlv.com
john@mossberglv.com
*Attorneys for Plaintiff*

Based on the parties' stipulation, the response and reply deadlines to plaintiff's motion for an adverse inference, evidentiary sanctions, and request to strike are stayed pending the outcome of the April 25, 2025, mediation; and plaintiff's motion for an adverse inference **[ECF No. 29] is denied as moot**.

The parties must file a notice of settlement, or a joint status report, within seven days of the conclusion of mediation. If the parties are unable to settle their dispute through mediation, the motion will be reopened and the response and reply briefs must be filed on or before May 2, 2025, and May 9, 2025.

Dated: March 11, 2025

_____
United States District Judge

**STIPULATION AND ORDER TO CONTINUE MOTION FOR ADVERSE INTERFERENCE, EVIDENTIARY SANCTIONS, AND REQUEST TO STRIKE ANSWER**