**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MARIE KOCH, | Case No. 2:23-cv-01534-CDS-EJY |
| Plaintiff | **Order Approving Stipulation to Extend Briefing Schedule** |
| v. | [ECF No. 33] |
| WALMART INC., | |
| Defendant | |

Plaintiff, KAREN MARIE KOCH ("Plaintiff"), and Defendant, WALMART, INC. ("Defendant" or "Walmart"), by and through their respective attorneys of record, hereby submit this Joint Status Report Regarding Mediation and Stipulation and Order to Further Continue Plaintiff's Motion for Adverse Inference, Evidentiary Sanctions, and Request to Strike Answer.

1. On February 27, 2025, Plaintiff filed a Motion for Adverse Inference, Evidentiary Sanctions, and Request to Strike Answer (the "Motion").

2. On March 10, 2025, the parties submitted a Stipulation and Order to Continue Motion for Adverse Inference, Evidentiary Sanctions, and Request to Strike Answer, informing the Court the parties had agreed to mediate the case before the Honorable Jackie Glass (Ret.) on April 25, 2025, and requesting the Court postpone the response date of Walmart to the Motion to May 2, 2025, and Plaintiff's reply to the Walmart response to May 9, 2025.

3.      The Court approved the parties' March 10, 2025, Stipulation on March 11, 2025, and further ordered the parties to file a joint status report within seven days of the conclusion of the mediation.

4.      The parties did not reach a settlement at the April 25, 2025 mediation, but are continuing to engage in further settlement negotiations.

5.      The parties have agreed to extend the deadline for Defendant's response to the Motion to May 9, 2025, and Plaintiff's reply to the Walmart response to May 16, 2025, to facilitate further settlement negotiations.

6.      If the case settles prior to May 9, 2025, counsel will file a Notice of Settlement with the court and simultaneously request the court take the Motion off calendar. If the case does not settle prior to May 9, 2025, the motion will remain on calendar and the response and reply briefs will be filed, respectively, on or before May 9, 2025, and May 16, 2025.

///

It is so stipulated.

Dated this 29th day of April 2025.        Dated this 29th day of April 2025.

MOSS BERG INJURY LAWYERS        TYSON & MENDES LLP

*/s/ John C. Funk*
MARCUS A. BERG, ESQ.                 */s/ Griffith H. Hayes*
Nevada Bar No. 9760                       Griffith H. Hayes
JOHN C. FUNK, ESQ.                       Nevada Bar No. 7374
Nevada Bar No. 9255                       2835 St. Rose Pkwy., Suite 140
5420 W. Sahara Ave. Suite 101        Henderson, NV 89052
Las Vegas, Nevada 891446             *Attorneys for Defendant Walmart, Inc.*
(702) 222-4555
marcus@bossberlv.com
john@mossberglv.com
*Attorneys for Plaintiff*

## Order

Because the parties seek additional time to continue settlement

negotiations, their request to extend deadlines is granted. Walmart's response to

Koch's motion for adverse interference, evidentiary sanctions, and to strike the

answer is extended to May 9, 2025. Any reply is due on May 16, 2025.

If the negotiations are successful, the parties must file a notice of

settlement by May 9, 2025.

Dated: April 30, 2025

_____
Cristina D. Silva
United States District Judge

**JOINT STATUS REPORT REGARDING MEDIATION AND STIPULATION AND
ORDER TO FURTHER CONTINUE MOTION FOR ADVERSE INFERENCE,
EVIDENTIARY SANCTIONS, AND REQUEST TO STRIKE ANSWER**