UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Karen Marie Koch,<br><br>        Plaintiff<br><br>v.<br><br>Walmart, Inc.,<br><br>        Defendant | Case No. 2:23-cv-01534-CDS-EJY<br><br>**Order Directing Parties to File a Stipulation of Dismissal or Joint Status Report** |

In May, plaintiff Karen Koch and defendant Walmart, Inc. filed a notice of settlement. Notice, ECF No. 35. The parties requested a status conference regarding settlement documents "in about thirty days." *Id.* Although I did not set a status conference, I ordered the parties to file either a stipulation to dismiss or a joint status report addressing settlement by June 13, 2025. Order, ECF No. 36. It is now July 2 and the parties have failed to do either.

IT IS THEREFORE ORDERED that a stipulation of dismissal or a joint status report addressing settlement must be filed by July 9, 2025. If the parties fail to meet the new deadline, they will be required to attend a hearing to address the status of settlement.

Dated: July 2, 2025

_____
Cristina D. Silva
United States District Judge