MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN MARIE KOCH,<br><br>     Plaintiff<br><br>v.<br><br>WALMART INC., a Foreign Corporation d/b/a Walmart #2593,<br><br>     Defendant | **CASE NO. 2:23-cv-01534-CDS-EJY**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action, Plaintiff, KAREN MARIE KOCH ("Plaintiff"), and Defendant, WALMART INC. ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear their own attorneys' fees and costs.

Entry of Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

DATED this 7th day of July, 2025.    DATED this 7th day of July, 2025.

**MOSS BERG INJURY LAWYERS**    **TYSON & MENDES LLP**

By: /s/ Marcus A. Berg    By: /s/ Nick F. Psyk
MARCUS A. BERG, ESQ.    GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 9760    Nevada Bar No. 7374
JOHN C. FUNK, ESQ.    NICK F. PSYK, ESQ.
Nevada Bar No. 9255    Nevada Bar No. 15983
5420 W. Sahara Avenue, Suite 101    2835 St. Rose Parkway, Suite 140
Las Vegas, Nevada 89146    Henderson, Nevada 89052
*Attorneys for Plaintiff*    *Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 8, 2025

_____
UNITED STATES DISTRICT JUDGE

2